

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2015

No. 04-15-00087-CV

**ESTATE OF SHIRLEY L. BENSON**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 155,572 & 155,572-A
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

On March 30, 2015, this appeal was abated and administratively closed based on the underlying cause being removed to federal court. On June 12, 2015, appellant notified this court that the underlying cause was remanded to the trial court. It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. Appellee's brief must be filed no later than fourteen days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court

